# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

DONNA S. AUCOIN        )  
                            )  
           Plaintiff (s)   )  
vs.                       )     Civil No. 06-0839-CV-W-DW  
                            )  
MICHAEL J. ASTRUE,       )  
Commissioner, Social Security   )  
Administration              )  
            Defendant (s)  )

**\_\_\_\_ Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**\_\_\_\_\_ Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_ Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED that:** the Commissioner's decision denying Plaintiff's disability benefits is **AFFIRMED**.

PATRICIA L. BRUNE, CLERK

Date: May 29, 2007        By:    /s/ Y. Johnson  
                               Deputy Clerk